UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF HIMOUD SAED ATBAN**, *et al.* ) | |
| ) | Civil Case No. **1:07-cv-01831 (RBW)** |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **BLACKWATER WORLDWIDE**, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

# JOINT STIPULATION AND PROPOSED ORDER
# CONCERNING SERVICE OF PROCESS AND SCHEDULING

The parties hereby agree and stipulate to the following:

1. Defendants agree to accept service and waive any and all service defects without any further process or request for waiver necessary on Plaintiffs' part.

2. Defendants shall answer or otherwise move in response to the amended complaint by January 22, 2008.

3. Plaintiffs shall file a responsive pleading by February 19, 2008.

4. Defendants shall file a reply, if any, by March 7, 2008.

The parties request that this Court adopt the proposed order attached hereto.

                Respectfully submitted,

                /s/ Michael Lackey
                Michael Lackey  (#443362)
                Andrew Pincus (#370726)
                Peter White  (#468746)

MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000

*Counsel for Defendants*


/s/ William T. O'Neil *with permission*
William T. O'Neil (#426107)
Susan L. Burke (#414939)
Elizabeth M. Burke
Katherine R. Hawkins
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 971-5058

*Counsel for Plaintiffs*


Dated: December 12, 2007

2

## CERTIFICATE OF SERVICE

I, Peter White, an attorney, certify that on December 12, 2007, I caused true and correct copies of the foregoing JOINT STIPULATION AND THE ATTACHED PROPOSED ORDER to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this manner:

William T. O'Neil (426107)
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 971-5058

In addition, on this same date, I caused the above-mentioned joint stipulation and proposed order to be served upon the following counsel of record via first-class mail:

Michael A. Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6439

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
(248) 594-9595

/s/ Peter White
Peter White
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF HIMOUD SAED ATBAN, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BLACKWATER WORLDWIDE, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. **1:07-cv-01831 (RBW)** |

# **ORDER**

This matter having come before the Court on the joint stipulation of the parties, it is

ORDERED that Defendants shall answer or otherwise move in response to the Amended Complaint by January 22, 2008. It is further

ORDERED that Plaintiffs shall file a responsive pleading by February 19, 2008. It is further

ORDERED that Defendants shall file a reply, if any, by March 7, 2008.

SO ORDERED on this ___ day of _____, 200_.

_____
Reggie B. Walton
United States District Court Judge

Michael Lackey (#443362)
Andrew Pincus (#370726)
Peter White (#468746)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000

*Counsel for Defendants*

William T. O'Neil (#426107)
Susan L. Burke (#414939)
Elizabeth M. Burke
Katherine R. Hawkins
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 971-5058

                          Michael A. Ratner
                          Vincent Warren
                          CENTER FOR CONSTITUTIONAL RIGHTS
                          666 Broadway, 7th Floor
                          New York, NY 10012
                          (212) 614-6439

                          Shereef Hadi Akeel
                          AKEEL & VALENTINE, P.C.
                          401 South Old Woodward Avenue
                          Suite 430
                          Birmingham, MI 48009
                          (248) 594-9595

                          *Counsel for Plaintiffs*

Dated: