## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF HIMOUD SAED ATBAN**, *et al.* )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>**BLACKWATER WORLDWIDE**, *et al.*  )<br>)<br>Defendants.  )<br>) | Civil Case No. **1:07-cv-01831 (RBW)** |

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for the Defendants,[1] certify to the best of my knowledge and belief, that there are no parent companies, subsidiaries, or affiliates of any of the Defendants which have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: December 12, 2007

Respectfully submitted,

BLACKWATER WORLDWIDE; BLACKWATER USA; BLACKWATER LODGE AND TRAINING CENTER, INC.; BLACKWATER SECURITY CONSULTING, LLC; BLACKWATER ARMOR AND TARGETS, LLC; BLACKWATER AIRSHIPS, LLC; BLACKWATER LOGISTICS, LLC; BLACKWATER CANINE; RAVEN DE-

---

[1] Blackwater Worldwide; Blackwater USA; Blackwater Lodge and Training Center, Inc.; Blackwater Security Consulting, LLC; Blackwater Armor and Targets, LLC; Blackwater Airships, LLC; Blackwater Logistics, LLC; Blackwater Canine; Raven Development Group, LLC; Greystone Limited; Total Intelligence Solutions, LLC; The Prince Group LLC; EP Investments, LLC; and Erik Prince (collectively, "Defendants").

VELOPMENT GROUP, LLC; GREYSTONE LIMITED; TOTAL INTELLIGENCE SOLUTIONS, LLC; THE PRINCE GROUP LLC; EP INVESTMENTS, LLC; and ERIK PRINCE.

By: /s/ Michael Lackey
Michael Lackey  (#443362)
Andrew Pincus (#370726)
Peter White  (#468746)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Peter White, an attorney, certify that on December 12, 2007, I caused true and correct copies of the foregoing CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this manner:

>William T. O'Neil (D.C. Bar # 426107)
>BURKE O'NEIL LLC
>4112 Station Street
>Philadelphia, PA 19127
>(215) 971-5058

In addition, on this same date, I caused the above-mentioned certificate to be served upon the following counsel of record via first-class mail:

>Michael A. Ratner
>CENTER FOR CONSTITUTIONAL RIGHTS
>666 Broadway, 7th Floor
>New York, NY 10012
>(212) 614-6439

>Shereef Hadi Akeel
>AKEEL & VALENTINE, P.C.
>401 South Old Woodward Avenue
>Suite 430
>Birmingham, MI 48009
>(248) 594-9595

>/s/ Peter White
>Peter White
>MAYER BROWN LLP
>1909 K Street, N.W.
>Washington, D.C. 20006
>(202) 263-3000
>*Counsel for Defendants*