AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ESTATE OF HIMOUD SAED ATBAN, et al.  )
               Plaintiff(s)   )   **APPEARANCE**
   )
   )
              vs.   )   CASE NUMBER   1:07-cv-01831 (RBW)
BLACKWATER WORLDWIDE, et al.   )
   )
             Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Peter H. White__ as counsel in this
              (Attorney's Name)

case for: __BLACKWATER WORLDWIDE, et al.__
            (Name of party or parties)

| | |
|---|---|
| 12/12/07 | /s/ Peter H. White |
| Date | Signature |
| | Peter H. White |
| 468746 | Print Name |
| BAR IDENTIFICATION | 1909 K Street, N.W. |
| | Address |
| | Washington   DC   20006 |
| | City   State   Zip Code |
| | (202) 263-3391 |
| | Phone Number |