AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ESTATE OF HIMOUD SAED ATBAN, et al.  )
        Plaintiff(s)  )  **APPEARANCE**
         )
         )
        vs.  )  CASE NUMBER   1:07-cv-01831 (RBW)
BLACKWATER WORLDWIDE, et al.  )
         )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael E. Lackey, Jr.   as counsel in this
                  (Attorney's Name)

case for:   BLACKWATER WORLDWIDE, et al.
            (Name of party or parties)

12/12/07
Date

*[Signature]*
Signature

443362
BAR IDENTIFICATION

Michael E. Lackey, Jr.
Print Name

1909 K Street, N.W.
Address

Washington, DC    20006
City    State    Zip Code

(202) 263-3000
Phone Number