AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:    1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

Blackwater Airships, LLC
850 Puddin Ridge Road
Moyock, North Carolina 27958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the amended complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

T. Davis

(By) DEPUTY CLERK

DATE    12/3/07

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 6, 2007 at 2:37 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Kirk A. Hornbeck | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

X☒ Other (specify):  personal service on Joseph Schmitz, Esq., Authorized
Representative, at 1650 Tysons Blvd. #800, McLean, VA 22102

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    December 6, 2007
　　　　　　　　　　　　*Date*　　　　　　　　*Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:    1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

Blackwater Armor and Targets, LLC
850 Puddin Ridge Road
Moyock, North Carolina 27958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the *amended* complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the *amended* complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

12/3/07

CLERK

T. Davis

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 6, 2007 at 2:37 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Kirk A. Hornbeck | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): <u>personal service on Joseph Schmitz, Esq., Authorized Representative, at 1650 Tysons Blvd. #800, McLean, VA 22102</u>

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>December 6, 2007</u>
        Date                 *Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
      *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:    1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

Blackwater USA
850 Puddin Ridge Road
Moyock, North Carolina 27958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the *amended* complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the *amended* complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    12/3/07

CLERK                                                      DATE

T. Davis

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 6, 2007 at 2:37 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Kirk A. Hornbeck | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

X☒ Other (specify): <u>personal service on Joseph Schmitz, Esq., Authorized Representative, at 1650 Tysons Blvd. #800, McLean, VA 22102</u>

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>December 6, 2007</u>
          Date                *Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:    1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

Blackwater Worldwide
850 Puddin Ridge Road
Moyock, North Carolina 27958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the *amended* complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the *amended* complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         12/3/07

CLERK                                           DATE

T. Davis

(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | December 6, 2007 at 2:37 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Kirk A. Hornbeck | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

X☒ Other (specify):  personal service on Joseph Schmitz, Esq., Authorized
   Representative, at 1650 Tysons Blvd. #800, McLean, VA 22102

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 6, 2007                    _____
                  Date                                    *Signature of Server*

                                    Washington Pre-Trial Services, Inc.
                                    4626 Wisconsin Avenue NW #300
                                    Washington, DC 20016
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:    1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

Blackwater Canine
850 Puddin Ridge Road
Moyock, North Carolina 27958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the amended complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    12/3/07

CLERK

T. Davis

(By) DEPUTY CLERK

DATE

%AO 440  (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 6, 2007 at 2:37 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Kirk A. Hornbeck | private process server |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

_____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

_____

X☒  Other (specify):  personal service on Joseph Schmitz, Esq., Authorized Representative, at 1650 Tysons Blvd. #800, McLean, VA 22102

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 6, 2007

_____
Date

*Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:    1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

EP Investments, LLC
1650 Tysons Boulevard
Suite 800
McLean, Virginia 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the *amended* complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the *amended* complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    12/3/07

CLERK                                                      DATE

T. Davis

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 6, 2007 at 2:37 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Kirk A. Hornbeck | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

X☒ Other (specify):  personal service on Joseph Schmitz, Esq., Authorized
    Representative, at 1650 Tysons Blvd. #800, McLean, VA 22102

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    December 6, 2007          _____
              Date                        *Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:   1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

Greystone Limited
1650 Tysons Boulevard
Suite 800
McLean, Virginia 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

*amended*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. *amended* If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          12|3|07

CLERK                                            DATE

T. Davis

(By) DEPUTY CLERK

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 6, 2007 at 2:37 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Kirk A. Hornbeck | private process server |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☒  Other (specify): personal service on Joseph Schmitz, Esq., Authorized Representative, at 1650 Tysons Blvd. #800, McLean, VA 22102

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __December 6, 2007__          _____
                     Date                                    *Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
*Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:    1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

Blackwater Lodge and Training Center, Inc.
850 Puddin Ridge Road
Moyock, North Carolina 27958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the ~~amended~~ complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the ~~amended~~ complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

12/3/07

CLERK

T. Daws

DATE

(By) DEPUTY CLERK

✥AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 6, 2007 at 2:37 pm |
| NAME OF SERVER *(PRINT)* Kirk A. Hornbeck | TITLE private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

X☒ Other (specify): <u>personal service on Joseph Schmitz, Esq., Authorized</u>
<u>Representative, at 1650 Tysons Blvd. #800, McLean, VA 22102</u>

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___December 6, 2007___　　_____
　　　　　　　　　　Date　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　Washington Pre-Trial Services, Inc.
　　　　　　　　　　　　　4626 Wisconsin Avenue NW #300
　　　　　　　　　　　　　Washington, DC 20016
　　　　　　　　　　　　　　*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:    1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

Blackwater Logistics, LLC
850 Puddin Ridge Road
Moyock, North Carolina 27958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

T. Davis

(By) DEPUTY CLERK

DATE    12/3/07

℈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 6, 2007 at 2:37 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Kirk A. Hornbeck | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

X☒ Other (specify):  personal service on Joseph Schmitz, Esq., Authorized
Representative, at 1650 Tysons Blvd. #800, McLean, VA 22102

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___December 6, 2007___　　_____
　　　　　　　　　　　　Date　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　Washington Pre-Trial Services, Inc.
　　　　　　　　　　4626 Wisconsin Avenue NW #300
　　　　　　　　　　Washington, DC 20016
　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:    1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

The Prince Group LLC
1650 Tysons Boulevard
Suite 800
McLean, Virginia 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the *amended* complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the *amended* complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

12/3/07

CLERK                                                        DATE

T. Davis

(By) DEPUTY CLERK

*AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 6, 2007 at 2:37 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Kirk A. Hornbeck | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  personal service on Joseph Schmitz, Esq., Authorized Representative, at 1650 Tysons Blvd. #800, McLean, VA 22102

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___December 6, 2007___      _____
                         Date                                          *Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
*Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:    1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

Erik Prince
1650 Tysons Boulevard
Suite 800
McLean, Virginia 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the ~~amended~~ complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the ~~amended~~ complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

_____    12/3/07
CLERK                                DATE

T. Davis
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 6, 2007 at 2:37 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kirk A. Hornbeck | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

X☒ Other (specify): personal service on Joseph Schmitz, Esq., Authorized Representative, at 1650 Tysons Blvd. #800, McLean, VA 22102

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___December 6, 2007___    _____
             Date                         Signature of Server

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
*Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:    1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

Raven Development Group, LLC
850 Puddin Ridge Road
Moyock, North Carolina 27958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the ~~complaint~~ amended which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the ~~complaint~~ amended. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

12/3/07

CLERK

T. Davis

DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 6, 2007 at 2:37 pm |
| NAME OF SERVER *(PRINT)* <br> Kirk A. Hornbeck | TITLE <br> private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

X☒ Other (specify):  personal service on Joseph Schmitz, Esq., Authorized
Representative, at 1650 Tysons Blvd. #800, McLean, VA 22102

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    December 6, 2007
               Date                      *Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:    1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

Blackwater Security Consulting, LLC
850 Puddin Ridge Road
Moyock, North Carolina 27958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the *amended* complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the *amended* complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    12/3/07

CLERK                                      DATE

T. Davis

(By) DEPUTY CLERK

₰AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 6, 2007 at 2:37 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Kirk A. Hornbeck | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

X☒ Other (specify): personal service on Joseph Schmitz, Esq., Authorized Representative, at 1650 Tysons Blvd. #800, McLean, VA 22102

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    December 6, 2007         _____
                  Date                        *Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
*Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.