UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF HIMOUD SAED ATBAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BLACKWATER, USA, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1831 (RBW)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

It has come to the Court's attention that counsel in this case have discussed various aspects of the case with members of the national news media. This Court's local rules expressly provide that violations of the Rules of Professional Conduct promulgated by the District of Columbia Court of Appeals by attorneys subject to those Rules "shall be grounds for discipline" by this Court's Committee on Grievances. Local Civ. R. 83.15(a). Rule 3.6 of the District of Columbia Rules of Professional Conduct, in turn, provides in pertinent part that

> A lawyer in a case being tried to a judge or jury shall not make an extrajudicial statement that a reasonable person would expect to be disseminated by means of public mass communication if the lawyer knows or reasonably should know that the statement will create a serious and imminent threat to the impartiality of the judge or jury.

D.C. Rules of Prof'l Conduct R. 3.6.

The Court recognizes that "litigants have a right to present their side of a dispute to the public, and the public has an interest in receiving information about matters that are in

litigation." Id. at cmt. 1.  Nevertheless, the Court's overriding interest is and must be the "right to a fair trial" afforded to all parties that appear before it–a right which cannot be maintained if the minds of potential jurors are swayed by indiscriminate appeals by counsel to the public at large.  Id.   To that end, the Court will not hesitate to enforce its local rules should it conclude that any attorney in this case has attempted to unduly prejudice the proceedings before it through untoward engagements with the national or local news media.  The Court further expects that all counsel of record will conduct themselves in a manner becoming to an officer of this Court at all times, and that counsel will therefore focus their energies on proving their case in this Court–a court of law–rather than in the court of public opinion.  It is therefore

     **ORDERED** that all counsel of record apprise themselves of this Court's local rules and the Rules of Professional Conduct promulgated by the District of Columbia Court of Appeals, particularly as those rules concern the discussion of pending cases by means of mass communication.

     **SO ORDERED** this 19th day of December, 2007.

     REGGIE B. WALTON
     United States District Judge