AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Estate of Abtan, et al.,

        Plaintiff(s)        )        **APPEARANCE**
                        )
                        )
           vs.       )        CASE NUMBER   07-1831
Blackwater Worldwide, et al.,        )
                        )
       Defendant(s)        )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Susan L. Burke  as counsel in this
                                (Attorney's Name)

case for:  Plaintiffs Estate of Abtan, et al.
              (Name of party or parties)

December 13, 2007
Date

                                                             Signature

No. 414939        Susan L. Burke
BAR IDENTIFICATION        Print Name

                                                            4112 Station Street
                                                           Address

                                                           Philadelphia, PA        19127
                                                           City        State        Zip Code

                                                           215-487-6590
                                                           Phone Number