AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Himoud Saed Abtan, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Blackwater Worldwide, et. al.

CASE NUMBER:   1:07-cv-01831 (RBW)

TO: (Name and address of Defendant)

Total Intelligence Solutions, LLC
1650 Tysons Boulevard
Suite 800
McLean, Virginia 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the amended complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK: T. Davis

DATE: 12/6/07

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 21, 2007 at 1:10 pm |
| NAME OF SERVER (PRINT) Kirk A. Hornbeck | TITLE private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on Joseph Schmitz, Esq., Authorized Representative, 1650 Tysons Blvd. #800, McLean, VA 22102

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/07
              Date

*Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.