IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ABTAN, *et. al.* | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 07-1831 (RBW)<br>) |
| v. | )<br>) |
| BLACKWATER WORLDWIDE, *et al.*, | )<br>) |
| Defendants. | )<br>) |

**MOTION OF SHEREEF AKEEL FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Shereef Akeel, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* for the plaintiffs in the above-captioned case. In support of the motion, Mr. Akeel provides his attached declaration.

Date: March 14, 2008

Susan L. Burke (D.C. Bar # 414939)
William T. O'Neil (D.C. Bar # 426107)
BURKE O'NEIL LLC
4112 Station St.
Philadelphia, PA 19127
Telephone: (215) 971-5058
Facsimile: (215) 482-0874

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ABTAN, *et. al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BLACKWATER WORLDWIDE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-1831 (RBW) |

## DECLARATION OF SHEREEF AKEEL

I, Shereef Akeel ("Applicant"), hereby declare under penalty of perjury to the following:

1. <u>Request for Admission</u>: Applicant is a partner in the law firm Akeel & Valentine, PLC, and requests permission to participate in this action as counsel for plaintiffs.

2. <u>Name and Address of Applicant's Law Firm</u>:

    Shereef Hadi Akeel
    Akeel & Valentine, PLC.
    Suite 910
    888 West Big Beaver Road
    Troy, Michigan 48084-4736
    Telephone: (248) 269-9595
    Facsimile: (248) 269-9119
    E-mail: shereef@akeelvalentine.com

3. <u>Bar Admissions</u>: Applicant is a member of the State Bar of Michigan and is also admitted to practice before the United States District Court for the Eastern District of Michigan, South Division, the United States Court of Appeals for the 6th Circuit, and the United States Supreme Court.

    4.    <u>Certification of Good Standing</u>:  Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association.  There are no pending disciplinary proceedings against Applicant.

    5.    <u>Previous Appearances in this Court</u>:  Applicant has been admitted twice *pro hac vice* in this Court within the last two years.

    6.    <u>Residence Outside the District</u>:  Applicant resides and practices law from an office outside this District, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 14th day of March, 2008

_____
Shereef H. Akeel

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF ABTAN, *et. al.* | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 07-1831 (RBW) |
| | ) |
| v. | ) |
| | ) |
| BLACKWATER WORLDWIDE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Shereef Akeel for Admission *Pro Hac Vice*, made pursuant to Rule 83.2(d) of the Local Rules of the Court, it is

ORDERED that the Motion be, and is hereby, GRANTED.

Date:_____              _____
                              The Honorable Reginald B. Walton
                              United States District Judge