AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ESTATE OF HIMOUD SAED ABTAN, et al.
        Plaintiff(s)   )
                                    )   **APPEARANCE**
          vs.              )
BLACKWATER LODGE AND TRAINING  )   CASE NUMBER   1:07-cv-01831 (RBW)
CENTER, et al.                   )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Andrew J. Pincus   as counsel in this
                                  (Attorney's Name)

case for:   BLACKWATER LODGE AND TRAINING CENTER, et al.
                        (Name of party or parties)

04/09/08
Date

370726
BAR IDENTIFICATION

/s/ Andrew J. Pincus
Signature

Andrew J. Pincus
Print Name

1909 K Street, N.W.
Address

Washington        DC        20006
City        State        Zip Code

(202) 263-3220
Phone Number