**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ESTATE OF HIMOUD SAED ABTAN, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 07-cv-1831 (RBW) |
| v. | ) ) |
| BLACKWATER WORLDWIDE, *et al.*, | ) ) |
| Defendants. | ) ) |

*NOTICE OF DISMISSAL WITHOUT PREJUDICE*

Plaintiffs Estate of Dr. Mahasin Mohson Kadhum and Estate of Ahmed Hathem Al-Rubaie are dismissing their claims against Blackwater et al. without prejudice. A proposed Order is attached.

     */s/ Susan L. Burke*
Susan L. Burke (D.C. Bar # 414939)
William T. O'Neil (D.C. Bar # 426107)
Elizabeth M. Burke
Katherine R. Hawkins
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:   (215) 971-5058
Facsimile:   (215) 482-0874

Michael A. Ratner
Vincent Warren
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:	(212) 614-6439
Facsimile:	(212) 614-6499

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone:	(248) 594-9595
Facsimile:	(248) 594-4477

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ESTATE OF HIMOUD SAED ABTAN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 07-cv-1831 (RBW) |
| BLACKWATER WORLDWIDE, *et al.*, | ) |
| Defendants. | ) |

*[PROPOSED] ORDER*

The claims brought by Plaintiffs Estate of Dr. Mahasin Mohson Kadhum and Estate of Ahmed Hathem Al-Rubaie against Blackwater et al. are hereby dismissed without prejudice.

_____
Judge Reginald B. Walton