**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF HIMOUD SAED ABTAN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> BLACKWATER WORLDWIDE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 07-cv-1831 (RBW) |

**MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Blackwater has been destroying documents and other tangible evidence relating to the September 16, 2007, massacre in Nisoor Square, Iraq. This conduct constitutes tortious spoliation of evidence. The plaintiffs (both living victims of the massacre and the estates of the murdered victims) therefore seek leave from the Court under Rules 15(a) and 18(a) of the Federal Rules of Civil Procedure to file an amended complaint setting forth a spoliation claim as an additional count and grounds for damages. A proposed Order granting leave for the filing and the proposed Third Amended Complaint are attached.

The parties have met and conferred, but Blackwater refuses to consent to the victims' motion for leave to amend.

    /s/ Susan L. Burke
Susan L. Burke (D.C. Bar # 414939)
William T. O'Neil (D.C. Bar # 426107)
Katherine R. Hawkins
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:   (215) 971-5058
Facsimile:   (215) 482-0874

Michael A. Ratner
Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:    (212) 614-6455
Facsimile:     (212) 614-6499

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone:    (248) 594-9595
Facsimile:     (248) 594-4477

*Counsel for Plaintiffs*