**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ESTATE OF HIMOUD SAED ABTAN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> BLACKWATER WORLDWIDE, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 07-cv-1831 (RBW) |

**[PROPOSED] ORDER**

Having considered Plaintiffs' motion for leave to amend, it is hereby ORDERED that the motion is granted, and the clerk of court is directed to file the Plaintiffs' Third Amended Complaint.

Dated: _____

The Honorable Reginald B. Walton
United States District Judge