**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ESTATE OF HIMOUD SAED ABTAN, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 07-cv-1831 (RBW) |
| v. | ) ) |
| BLACKWATER WORLDWIDE, *et al.*, | ) ) |
| Defendants. | ) ) ) |

**CERTIFICATE OF CONFERENCE**

Plaintiffs' counsel conferred with defense counsel regarding Plaintiffs' motion seeking leave to amend and add a claim for spoliation. Defendants oppose the motion.

       /s/ Susan L. Burke
Susan L. Burke (D.C. Bar # 414939)
William T. O'Neil (D.C. Bar # 426107)
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:   (215) 971-5058
Facsimile:    (215) 482-0874

Michael A. Ratner
Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009

*Counsel for Plaintiffs*