# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTATE OF HIMOUD SAED ABTAN, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 1:07-cv-01831 (RBW) |
| v. | ) ) |
| BLACKWATER LODGE AND TRAINING CENTER, *et al.*, | ) CIVIL COMPLAINT AND ) JURY DEMAND |
| Defendants. | ) ) ) |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiffs voluntarily dismiss without prejudice their claims against all Defendants.

Date: June 2, 2009

/s/
Susan L. Burke (D.C. Bar # 414939)
William T. O'Neil (D.C. Bar # 426107)
BURKE O'NEIL LLC
1000 Potomac Street, N.W. Suite 150
Washington, D.C. 20007
Telephone:  (202) 232-5504

Michael A. Ratner
Katherine M. Gallagher (admitted *pro hac vice*)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
888 West Big Beaver
Suite 910
Troy, MI 48084

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      On this 2nd day of June, the foregoing Notice of Dismissal was served upon the counsel for Defendants via email sent to the following address:

Peter H. White<br>
Mayer Brown LLP<br>
1909 K Street<br>
Washington DC 20006<br>
pwhite@mayerbrown.com

                          _____/s/_____
                            Susan L. Burke